JULY 26, 1993

No. A-71 (O. T. 1993). BOARD OF EDUCATION OF THE KIRYAS JOEL VILLAGE SCHOOL DISTRICT v. GRUMET ET AL.; and

No. A-72 (O. T. 1993). BOARD OF EDUCATION OF THE MONROE-WOODBURY CENTRAL SCHOOL DISTRICT v. GRUMET ET AL. Applications for stay of the judgment of the Court of Appeals of New York, case No. 120, presented to JUSTICE THOMAS, and by him referred to the Court, granted pending the timely filing and disposition by this Court of a petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the issuance of the mandate of this Court.

JULY 28, 1993

No. 93-5381 (A-95). LASHLEY v. DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Application for stay of execution of sentence of death, presented to JUSTICE BLACKMUN, and by him referred to the Court, denied. Certiorari denied.

JULY 29, 1993

No. 93-5400 (A-99). HARRIS v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.